S. J. Sligh and Arthur T. Pearce, partners, as S. J Slight & Company, Plaintiffs in Error, v. C. J Masters, Defendant in Error.

(Supreme Court of Florida, *En Banc,* April 20, 1909.)

Writ of Error to Circuit Court, St. John's county; Rhydon M. Call, Judge.

M. C. Jordan, for plaintiffs in Error.

No appearance for Defendant in Error.

This action was brought by the defendant in error against the plaintiffs in error. There was judgment for the plaintiffs and the defendants took writ of error. Writ of error dismissed on motion of counsel for plaintiffs in error.